# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3852

_____

JOHN G. MACDERMID,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
Mark W. Moseley, Judge.

March 27, 2019

PER CURIAM.

AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Carla P. Lowry, Fort Lauderdale, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.